MORRIS v. CHESAPEAKE & O. S. S. CO., Limited.

(Circuit Court of Appeals, Second Circuit. June 5, 1906.)

No. 258.

SHIPPING—CARRIAGE OF GOODS—CONTRACT FOR SPACE—ENTIRETY—MODIFICATION BY PAROL.

A contract by which a steamship company agreed to furnish to a shipper space for a shipment of cattle on each of a number of named ships sailing in different months *held* to be an entire contract, and not a separate one for each vessel, and therefore not subject to modification by parol evidence to except one vessel on the ground that as to such vessel it never went into effect, because of the nonfulfillment of an unexpressed condition precedent.

Appeals from District Court of the United States for the Southern District of New York.

For opinion below, see 125 Fed. 62. See, also, 148 Fed. 986.

A. Opdyke, for libelant.

J. Parker Kirlin (John M. Woolsey, of counsel), for respondent.

Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

LACOMBE, Circuit Judge. We are satisfied that this is an entire contract, not seven separate contracts, and therefore not within the exception which admits parol evidence to show that a written contract is not a contract at all, because it never went into effect; some unexpressed condition precedent not being fulfilled.

The decree is affirmed, with interest, but without costs, upon the opinion of the district judge and the report of the commissioner.